PROB 22
(Rev. 01/24)

| | |
|---|---|
| FILED CLERK, U.S. DISTRICT COURT  12/3/25  CENTRAL DISTRICT OF CALIFORNIA  BY: sr  DEPUTY | DOCKET NUMBER *(Tran. Court)*  2:18-CR-00713-JFW-1 |

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00355-CDS-DJA

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Mr. Ernest Verdugo

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
12/11/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM  DEPUTY

**DISTRICT**: Central of California
**DIVISION**: No

**NAME OF SENTENCING JUDGE**: John F. Walter

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: April 21, 2023
TO: April 20, 2026

**OFFENSE**
Possession of Device-Making Equipment, Aiding and Abetting, Possession of Fifteen or More Unauthorized Access Devices, Aiding and Abetting and Aggravated Identity Theft, Aiding and Abetting.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Verdugo was approved to relocate to Las Vegas, Nevada, where he has maintained a stable residence and employment. He has been compliant with the conditions of his supervised release thus far.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __CENTRAL__ DISTRICT OF __CALIFORNIA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Nevada__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 3, 2025
*Date*

*/s/ John F. Walter*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____ DISTRICT OF __NEVADA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 15, 2025
*Effective Date*

*United States District Judge*